# Exhibit 1




**Hakeem Mays**

7h •

1

8

# Exhibit 2

LARA Corporations Online Filing System
Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

# ARTICLES OF INCORPORATION

For use by DOMESTIC NONPROFIT CORPORATION

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned corporation executes the following Articles:*

ARTICLE I

The name of the corporation is:

ERIC B. MAYS FOUNDATION

ARTICLE II

The purpose or purposes for which the corporation is formed are:

Formed as a charitable purpose corporation. It is a corporation whose purposes, structure, and activities are exclusively those that are described in Section 501(c)(3) of the Internal Revenue Code of 1986, 26 USC 501. Its purpose is to provide educations scholarships.

ARTICLE III

The Corporation is formed upon Non Stock basis.

If formed on a stock basis, the total number of shares the corporation has authority to issue is

If formed on a nonstock basis, the description and value of its real property assets are (if none, insert "none"):

none

The description and value of its personal property assets are (if none, insert "none"):

none

The corporation is to be financed under the following general plan:

Gifts & Donations

The Corporation is formed on a Directorship basis.

ARTICLE IV

The street address of the registered office of the corporation and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

1. Agent Name: BEVERLY BIGGS LEAVY
2. Street Address: 744 E. PHILADELPHIA AVENUE
   Apt/Suite/Other:
   City: FLINT
   State: MI Zip Code: 48503

3. Registered Office Mailing Address:
   P.O. Box or Street Address: 744 E. PHILADELPHIA AVENUE
   Apt/Suite/Other:
   City: FLINT
   State: MI Zip Code: 48503

ARTICLE V

The name(s) and address(es) of the incorporator(s) is (are) as follows:

| Name | Residence or Business Address |
|---|---|
| BEVERLY BIGGS LEAVY | 744 E. PHILADELPHIA AVENUE, FLINT, MI 48503 USA |

Signed this 8th Day of July, 2024 by the incorporator(s).

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Beverly Biggs Leavy | Incorporator | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

Decline Accept

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

***This is to Certify that the*** ARTICLES OF INCORPORATION

***for***

ERIC B. MAYS FOUNDATION

***ID Number:*** 803242091

***received by electronic transmission on*** July 08, 2024 ***, is hereby endorsed.***

***Filed on*** July 08, 2024 ***, by the Administrator.***

***The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.***

***In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department,*** *in the City of Lansing, this 8th day of July, 2024.*

*Linda Clegg, Director*
*Corporations, Securities & Commercial Licensing Bureau*

# Exhibit 3

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 07-09-2024

Employer Identification Number:
99-3879250

Form: SS-4

Number of this notice: CP 575 A

ERIC B MAYS FOUNDATION INC
744 E PHILADELPHIA BLVD
FLINT, MI 48505

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 99-3879250. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

| | |
|---|---|
| Form 1120 | 04/15/2025 |

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation, must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, Election by a Small Business Corporation.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents or other payroll service providers, are available to assist you. Visit www.irs.gov/mefbusproviders for a list of companies that offer IRS e-file for business products and services.

**IMPORTANT REMINDERS**:

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is ERIC. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

(IRS USE ONLY) 575A 07-09-2024 ERIC B 9999999999 SS-4

Keep this part for your records. CP 575 A (Rev. 7-2007)

---

Return this part with any correspondence
so we may identify your account. Please
correct any errors in your name or address.

CP 575 A

9999999999

Your Telephone Number ( ) - ____________________

Best Time to Call ____________________

DATE OF THIS NOTICE: 07-09-2024
EMPLOYER IDENTIFICATION NUMBER: 99-3879250
FORM: SS-4 NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

ERIC B MAYS FOUNDATION INC
744 E PHILADELPHIA BLVD
FLINT, MI 48505

# Exhibit 4

Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities
PO Box 2508
Cincinnati, OH 45201

Date:
09/25/2025
Employer ID number:
99-3879250
Person to contact:
Name: D. Morgan
ID number: 0194954
Telephone: 877-829-5500
Accounting period ending:
December 31
Public charity status:
170(b)(1)(A)(vi)
Form 990 / 990-EZ / 990-N required:
Yes
Effective date of exemption:
July 8, 2024
Contribution deductibility:
Yes
Addendum applies:
No
DLN:
26053596001405

ERIC B MAYS FOUNDATION INC
% JOHN GROFF SR
615 S SAGINAW STREET FOURTH FLOOR
FLINT, MI 48502

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

We sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

Stephen A. Martin

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

# Exhibit 5

LARA Corporations Online Filing System
Department of Licensing and Regulatory Affairs

Form Revision Date 07/2016

# CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

For use by DOMESTIC NONPROFIT CORPORATION

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned corporation executes the following Certificate:*

The identification number assigned by the Bureau is: 803242091

The name of the corporation is: ERIC B. MAYS FOUNDATION

The Articles of Incorporation is hereby amended to read as follows:

ARTICLE II

The purpose or purposes for which the corporation is formed are:

The corporation is organized exclusively for charitable and educational purposes as described in Section 501(c)(3) of the Internal Revenue Code. Specifically, to provide programs, services, and resources that promote the well-being, education, and empowerment of seniors and youth domestically, with a particular focus in Michigan.

Use the space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added.

ARTICLE VI - NO PRIVATE INUREMENT

NO PART OF THE NET EARNINGS OF THE CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO ITS MEMBERS, DIRECTORS, OFFICERS, OR OTHER PRIVATE PERSONS, EXCEPT THAT THE CORPORATION SHALL BE AUTHORIZED AND EMPOWERED TO PAY REASONABLE COMPENSATION FOR SERVICES RENDERED AND TO MAKE PAYMENTS AND DISTRIBUTIONS IN FURTHERANCE OF THE PURPOSES SET FORTH IN THESE ARTICLES.

ARTICLE VII - NO SUBSTANTIAL LOBBYING OR POLITICAL CAMPAIGN ACTIVITIES

NO SUBSTANTIAL PART OF THE ACTIVITIES OF THE CORPORATION SHALL BE THE CARRYING ON OF PROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION, AND THE CORPORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLISHING OR DISTRIBUTION OF STATEMENTS) ANY POLITICAL CAMPAIGN ON BEHALF OF OR IN OPPOSITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHER PROVISION OF THESE ARTICLES, THE CORPORATION SHALL NOT CARRY ON ANY OTHER ACTIVITIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDERAL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OF 1986, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE, OR (B) BY A CORPORATION, CONTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) OF THE INTERNAL REVENUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE.

ARTICLE VIII - NO DISSOLUTION CLAUSE

UPON THE DISSOLUTION OF THIS CORPORATION, ASSETS SHALL BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE, OR CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE, OR SHALL BE DISTRIBUTED TO THE FEDERAL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. ANY SUCH ASSETS NOT DISPOSED OF SHALL BE DISPOSED OF BY A COURT OF COMPETENT JURISDICTION IN THE CITY OR COUNTY IN WHICH THE PRINCIPAL OFFICE OF THIS ORGANIZATION IS THEN LOCATED, EXCLUSIVELY FOR SUCH PURPOSES OR TO SUCH ORGANIZATIONS, AS SAID COURT SHALL DETERMINE, WHICH ARE ORGANIZED AND OPERATED EXCLUSIVELY FOR SUCH PURPOSES.

2. The foregoing amendment to the Articles of Incorporation was duly adopted on: 05/19/2025 by the

directors at a meeting in accordance with Section 611(3) of the Act.

This document must be signed by an authorized officer or agent:

Signed this 19th Day of May, 2025 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| David Haislip | Incorporator | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

Decline Accept

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

***This is to Certify that the*** CERTIFICATE OF AMENDMENT TO THE ARTICLES OF INCORPORATION

***for***

ERIC B. MAYS FOUNDATION

***ID Number:*** 803242091

***received by electronic transmission on*** May 19, 2025 ***, is hereby endorsed.***

***Filed on*** May 19, 2025 ***, by the Administrator.***

***The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.***

***In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department,*** *in the City of Lansing, this 19th day of May, 2025.*

*Linda Clegg, Director*
*Corporations, Securities & Commercial Licensing Bureau*

# Exhibit 6

27385334

C0529-7396 08/11/2025 Received by Michigan Corporations Division

LARA
LICENSING AND REGULATORY AFFAIRS

# STATE OF MICHIGAN
# CSCL/CD- 520 - CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR CHANGE OF RESIDENT AGENT

Corporations Division Administrator
**FILED**
Doc #: 27385334
Filed Date: 8/12/2025

Certificate of Change of Registered Office and/or Change of Resident Agent

*Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), or Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts of 1993 (limited liability companies), the undersigned executes the following Certificate:*

The name of the corporation or limited liability company is: ERIC B. MAYS FOUNDATION
The identification number assigned by the Bureau is: 803242091
The name of the resident agent on file with the Bureau is: WYNTIS HALL
Address
3214 PROSPECT STREET, FLINT, MI 48504
Mailing Address
3214 PROSPECT STREET, FLINT, MI 48504

**ENTER THE INFORMATION AS IT SHOULD NOW APPEAR ON THE PUBLIC RECORD**

**The name of the resident agent is:**

REGISTERED AGENTS INC
Address
2222 W GRAND RIVER AVE STE A, OKEMOS, MI 48864
Mailing Address

☒ I certify the above individual/company has agreed to serve as the Resident Agent for service of process for this entity.

☒ The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation. 2. NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

☒ The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

Attestations

☒ I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I enter it into the system.

☒ I have been authorized by the business entity to file this document online.

☒ I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

Signature

| Signer's Capacity | Sign Here | Date |
|---|---|---|
| *Self* | *John Groff* | *08/11/2025* |

# Exhibit 7

Division of Corporations
an official State of Florida website



# Detail by Entity Name

Florida Not For Profit Corporation
ERIC B MAYS FOUNDATIONS INC

## Filing Information

| | |
|---|---|
| **Document Number** | N25000009618 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 07/28/2025 |
| **Effective Date** | 07/28/2025 |
| **State** | FL |
| **Status** | ACTIVE |

## Principal Address

2447 CANEY OAKS DRIVE EAST
JACKSONVILLE, FL 32218

## Mailing Address

2447 CANEY OAKS DRIVE EAST
JACKSONVILLE, FL 32218

## Registered Agent Name & Address

REID, NICKESHA V
2447 CANEY OAKS DRIVE EAST
JACKSONVILLE, FL 32218

## Officer/Director Detail

**Name & Address**

Title P

MAYS, ERIC
331 ABBIE ST SE
GRAND RAPIDS, MI 49548

Title VP

REID, NICKESHA V
2447 CANEY OAKS DRIVE EAST
JACKSONVILLE, FL 32218

Title ADMI

CARTER, LAQUETTA
392 COLLINS DRIVE
PITTSBURGH, PA 15235

## Annual Reports

**No Annual Reports Filed**

07/28/2025 -- Domestic Non-Profit View image in PDF format

# Exhibit 8

27397438

C0534-5072 08/19/2025 Received by Michigan Corporations Division

LARA
LICENSING AND REGULATORY AFFAIRS

# STATE OF MICHIGAN
# CSCL/CD- 560 - APPLICATION FOR CERTIFICATE OF AUTHORITY TO CONDUCT AFFAIRS IN MICHIGAN FOR FOREIGN NONPROFIT CORPORATION

Corporations Division Administrator
**FILED**
Entity #: 900079835
Filed Date: 8/20/2025

Application for Certificate of Authority to Transact Business in Michigan

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned execute the following Application:*

Name of Foreign Nonprofit Corporation

| | |
|---|---|
| Foreign Nonprofit Corporation Name | ERIC B MAYS FOUNDATIONS INC |

Jurisdiction Information

| | |
|---|---|
| State | Florida |
| Date of Incorporation | 07/28/2025 |

Term of Duration

| | |
|---|---|
| Duration of the Company | Perpetual / Ongoing |

Main Business or Headquarters Office Address

| | |
|---|---|
| Address | 10658 BISCAYNE BLVD<br>JACKSONVILLE, FL 32218 |

Resident Agent and Registered Office Address

**The name of the resident agent at the registered office is:**

| | |
|---|---|
| Agent Name | ERIC HAKEEM DEONTAYE MAYS |

**The street address of the location of the registered office is:**

| | |
|---|---|
| Street Address | 331 ABBIE ST SE<br>GRAND RAPIDS, MI 49548 |

**The mailing address of the registered office is:**

| | |
|---|---|
| Address | 10658 BISCAYNE BLVD<br>JACKSONVILLE, MI 32218 |

☒ I certify the above individual/company has agreed to serve as the Resident Agent for service of process for this entity.

Business to be Transacted

| | |
|---|---|
| The specific business or affairs which the corporation is to conduct in Michigan is as follows: | The Eric B Mays Foundations Inc. is dedicated to improving the quality of life in our communities. We strive to honor the legacy of Councilman Eric Bradford Mays This foundation was created in honor of the late Councilman Eric Bradford Mays "Mr. Point of Order' of Flint by his sole heir, Eric Hakeem Deontaye Mays, to assist in a society where each person's quality of life is correlated with the health of the local and global communities.<br><br>Services that will be provided:<br>A) This corporation is organized for one or more charitable purposes<br>B) Scholarships<br>C) Feeding the Homeless<br>D) Educational Advancement |

☒ I certify the corporation is authorized to conduct such business in the jurisdiction of its incorporation.

Filing Effective Date

| | |
|---|---|
| The filing will be effective: | when filed by the Corporations Division Administrator. |

☒ I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I enter it into the system.

☒ I have been authorized by the business entity to file this document online.

☒ I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

Signature

| Signer's Capacity | On behalf of | Sign Here | Date |
|---|---|---|---|
| *Attorney in Fact* | *Eric Hakeem Deontaye Mays* | *Nickesha V Reid* | *08/19/2025* |

C0534-5073 08/19/2025 Received by Michigan Corporations Division

C0534-5074 08/19/2025 Received by Michigan Corporations Division

# *State of Florida*
## *Department of State*

I certify from the records of this office that ERIC B MAYS FOUNDATIONS INC is a corporation organized under the laws of the State of Florida, filed on July 28, 2025, effective July 28, 2025.

The document number of this corporation is N25000009618.

I further certify that said corporation has paid all fees due this office through December 31, 2025 and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

***Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Nineteenth day of August, 2025***

GREAT SEAL OF THE STATE OF FLORIDA
IN GOD WE TRUST

*Secretary of State*

**Tracking Number: 9774136993CU**

**To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.**

**https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication**