# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

ERIC B. MAYS FOUNDATION, INC.,
a Michigan nonprofit corporation,

*Plaintiff(s)*

v.

ERIC B MAYS FOUNDATIONS INC.,
a Florida nonprofit corporation;
NICKESHA V. REID, an individual;
and DOES I through X, inclusive,

*Defendant(s)*

Civil Action No. 3:26-cv-02393-JEP-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric B Mays Foundations Inc.
2447 Caney Oaks Drive East
Jacksonville, FL 32218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Mactavish, Esquire
LLG National Law Group
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: September 15, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-02393

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| ERIC B. MAYS FOUNDATION, INC.,<br>a Michigan nonprofit corporation,<br>*Plaintiff(s)*<br>v.<br>ERIC B MAYS FOUNDATIONS INC.,<br>a Florida nonprofit corporation;<br>NICKESHA V. REID, an individual;<br>and DOES I through X, inclusive,<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-02393-JEP-PDB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nickesha V. Reid
2447 CANEY OAKS DRIVE EAST
JACKSONVILLE, FL 32218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Mactavish, Esquire
LLG National Law Group
3003 N Central Avenue - Suite 685
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JacklynCucci

Date: September 15, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-02393

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: