**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**ERIC B. MAYS FOUNDATION, INC.,**
**a Michigan nonprofit corporation,**

**Plaintiff,** **CASE NO.: 3:26-cv-02393-JEP-PDB**

**v.**

**ERIC B. MAYS FOUNDATIONS, INC.,**
**a Florida nonprofit corporation;**
**NICKESHA V. REID, an individual;**
**and DOES I through X, inclusive,**

**Defendants.**

___________________________________/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Robert S. Mactavish, Esq., will serve as Lead Counsel for Plaintiff, Eric B. Mays Foundation, Inc., in the above-styled action:

Robert S. Mactavish, Esquire
Florida Bar Number 0596388
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
P: 575-517-6542
robert.mactavish@llgnational.com

Respectfully Submitted,
**LLG NATIONAL LAW GROUP**



Robert S. Mactavish, Esquire
robert.mactavish@llgnational.com
*Attorney for Plaintiff*